Robert W. NORTON, Etc., Plaintiff, Appellant,

v.

EQUITABLE LIFE ASSURANCE SO-
CIETY OF THE UNITED STATES,
Defendant, Appellee.

No. 4914.

United States Court of Appeals, First Circuit.

March 10, 1955.

Maurice Palais, Boston, Mass., with whom Samuel Miller, Boston, Mass., was on brief, for appellant.

Robert W. Meserve, Boston, Mass., with whom William B. Grant and Nutter, McClennen & Fish, Boston, Mass., were on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the Memorandum of Decision filed by Judge Ford on October 6, 1954. 124 F.Supp. 704.

Joaquim SALGADO, Petitioner,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 4901.

United States Court of Appeals, First Circuit.

March 10, 1955.

Frederick H. Balboni, Brockton, Mass., with whom Charles J. McGowan, Milton, Mass., was on brief, for petitioner.

George F. Lynch, Special Assistant to the Attorney General, with whom H. Bri-

an Holland, Asst. Atty. Gen., and Ellis N. Slack, Special Asst. to the Atty. Gen., were on brief, for respondent.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

This is an utterly frivolous petition for review of a decision of the Tax Court entered July 2, 1954, determining deficiencies in the taxpayer's income taxes, and additions for fraud. The deficiencies were attributable to unreported income from the taxpayer's bookie business.

Petitioner centers his attack upon certain findings of fact by the Tax Court—findings which, upon the record, we could not possibly characterize as "clearly erroneous".

The decision of the Tax Court is affirmed.

UNITED STATES of America, Appellant,

v.

Constantine W. PARZYCK et al.

No. 15237.

United States Court of Appeals, Eighth Circuit.

Jan. 6, 1955.

George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellant.

T. H. Wangensteen, Raymond J. Julkowski, Minneapolis, Minn., and William P. Murphy, St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court, 123 F. Supp. 385, dismissed on stipulation of parties.